IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-01241-CNS-SBP | Date: February 9, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| WYOMA MARTINEZ | *Annika Adams* |
| | *Zachary Warren* |
| **Plaintiff** | |
| v. | |
| DOUGLAS HARROUN | |
| CITY OF AURORA COLORADO | *Hollie Birkholz* |
| **Defendant** | |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 8:35 a.m.

Appearance of counsel. Counsel for Defendant Douglas Harroun does not appear.

Argument as to [17] Defendant City of Aurora's Motion to Dismiss Plaintiff's First Amended Complaint given by Ms. Birkholz and Ms. Adams with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record, it is

**ORDERED:** **[17] Defendant City of Aurora's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED.**

**Plaintiff has ten days to file an amended complaint.**

**[28] Defendant City of Aurora's Objection to Order is DENIED as moot.**

**Stay of discovery is ordered as to the City of Aurora.**

David Goddard appears for Douglas Harroun.

Discussion held on discovery and jurisdiction as to Defendant Douglas Harroun.

Court in Recess:  9:33 a.m.           Hearing concluded.           Total time in Court:  00:58